ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL VIII

| | | |
|---|---|---|
| El PUEBLO DE PUERTO RICO<br><br>Parte Peticionaria<br><br><br>v.<br><br><br><br>LUIS IRANIO FERRER IRIZARRY<br><br>Parte Recurrida | KLCE202301282 | *Certiorari,* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br><br>Caso Núm.: I1VP202300827-828<br><br><br>Sobre:<br>Art. 404 (a) Ley 4 (2 casos) |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Monge Gómez y el Juez Cruz Hiraldo.

Monge Gómez, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de noviembre de 2023.

Compareció ante este Tribunal la parte peticionaria, el Pueblo de Puerto Rico (en adelante, "Peticionario"), por conducto de la Oficina del Procurador General, mediante recurso de *certiorari* presentado el 15 de noviembre de 2023. Nos solicitó la revocación de la *Resolución* dictada por el Tribunal de Primera Instancia, Sala Superior de Mayagüez (en adelante, el "TPI"), el 20 de septiembre de 2023, notificada y archivada en autos el 27 de septiembre de 2023. Mediante el referido dictamen, el foro recurrido paralizó los procesos al amparo de la Regla 240 de las de Procedimiento Criminal, 34 LPRA Ap. II, R. 240.

Estando el trámite apelativo pendiente, compareció nuevamente la Oficina del Procurador General mediante "**Aviso de Desistimiento Conforme la Regla 83(B)(5)**". Expuso que recibió certificación suscrita por el Subdirector de Servicios Clínicos del Complejo Correccional de Ponce, en donde permanecía confinado el Sr. Luis I. Ferrer Irizarry, quien le informó que este último había fallecido el 9 de noviembre de 2023. En vista de lo anterior, solicitó el desistimiento voluntario del recurso de epígrafe.

Número Identificador
RES2023_____

Evaluada la referida solicitud de desistimiento y los documentos que obran en los autos, se declara "Ha Lugar" y en virtud de las disposiciones de la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, se ordena el cierre y archivo definitivo del caso, sin especial imposición de costas, gastos u honorarios de abogado. 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones